1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

10
11
12
13
14
15
16
17

VICTORIA S. ERICKSON,               )          Case No. CV 06-8235-JWJ
                                    )
                Plaintiff,          )
                                    )          JUDGMENT
        vs.                         )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of the Social          )
Security Administration,            )
                                    )
                Defendant.          )
_____     )

18
19
20
21
22

   **IT IS ADJUDGED** that Judgment be entered **REMANDING** this case to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with this Court's Order, which was filed concurrently in this case.

23
24

DATED:  March 31, 2008

25
26
27

                                    _____/s/_____
                                    JEFFREY W. JOHNSON
                                    United States Magistrate Judge

28