Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff Victoria Erickson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ERICKSON,<br><br>   Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: CV 06-8235 JWJ<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the amount of three thousand one hundred dollars ($3,100.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: June 25, 2008      ___/ S /_____
                Jeffrey W. Johnson
                United States Magistrate Judge